**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Lil Jennings |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 16-10415 |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to Identify the debtor's account: 8568

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
❑ Yes.  Date of the last notice: _____/_____/_____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | $750.00 06/10/16 (MOTION FOR RELIEF); $100.00 12/06/16 (POST PETITION FEE NOTICE); | (3) | $850.00 |
| 4. | Filing fees and court costs | $176.00 06/10/16 (MFR FILING FEE); | (4) | $176.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ | | (10) | |
| 11. | Other. Specify:_____ | | (11) | |
| 12. | Other. Specify:_____ | | (12) | |
| 13. | Other. Specify:_____ | | (13) | |
| 14. | Other. Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Official Form 410S2              **Notice of Postpetition Mortgage Fees, Expenses, and Charges**              page 1

Debtor 1  Lil Jennings
First Name    Middle Name    Last Name

Case number *(if known)*  16-10415

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

x  /s/ Jose Moreno
Signature

Date  12/6/2016

Print  Jose Moreno
First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Codilis & Associates, P.C.

Address  15W030 North Frontage Road, Suite 100
Number    Street

Burr Ridge       IL       60527
City             State    ZIP Code

Contact phone  (630) 794-5300

Email  ND-One@il.cslegal.com

File #14-16-07288

Official Form 410S2           **Notice of Postpetition Mortgage Fees, Expenses, and Charges**           page 2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on December 6, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 6, 2016.

Eugene Crane, Chapter 13 Trustee, 135 S. LaSalle , Ste. 3705, Chicago, IL 60603 by electronic notice through ECF
Lil Jennings, Debtor(s), 5029 W Chicago Ave, Chicago, IL 60651
Bennie W. Fernandez, Attorney for Debtor(s), 108 W. Madison St, Oak Park, IL 60302 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF

/s/ Jose Moreno

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-16-07288)**

NOTE: This law firm is a debt collector.

# REALRemit

*PERSONAL INFORMATION REDACTED*

Invoice - ▮▮▮▮▮▮▮▮

## General Information

| Requestor Information | | Vendor Information | |
|---|---|---|---|
| **ID** | 3 | **Vendor Id** | |
| **Name** | Ocwen Loan Servicing | **Name** | Codilis and Associates |
| **Address Line 1** | 1661 Worthington Street | **Email** | kansas.stephens@il.cslegal.com |
| **Address Line 2** | | **Address Line 1** | 15W030 North Frontage Rd. |
| **City** | West Palm Beach | **Address Line 2** | SUITE 100 |
| **State** | Florida | **City** | Burr Ridge |
| **ZIP Code** | 24737 | **State** | Illinois |
| **Phone** | 561-▮▮▮-▮▮▮▮ | **ZIP Code** | 60527 |
| **Payment Details** | | **Phone** | (630) 794-5300 |
| **Confirmation Number** | | | |
| **Method** | ACH | | |
| **Amount** | $926.00 | | |
| **Date** | 06/28/2016 | | |

## Invoice Header

| Invoice Information | | Purchase Order Information | |
|---|---|---|---|
| **Invoice Number** | | **PO Number** | ▮▮▮▮▮▮▮▮ |
| **Description** | | **Description** | Motion for Relief |
| **Invoice Date** | 06/22/2016 | **Date** | 06/08/2016 |
| **Invoice Receipt Date** | 06/22/2016 | **Product Type** | Motion for Relief |
| **Invoice Type** | Interim | **Order Type** | Motion for Relief |
| **Payment Terms** | | **Asset Number** | ▮▮▮▮▮▮▮▮ |
| **Payment Date** | 06/22/2016 | **File Number** | ▮▮▮▮▮▮▮▮ |
| **Invoice Status** | Approved | **Service Transferred?** | No |
| **Pay To** | | **Property Close Date** | |
| **Reference Account #** | | **Unpaid Principal and Interest** | 124.91 |
| **Tracking Number** | | **Unpaid Principal Balance** | 33717.44 |
| **Comments** | | **Original Principal Balance** | 85000 |
| **Foreclosure Module Status** | | **Loan Type** | 9 |
| **Event Name** | | **Interest Rate** | 3.125 |
| **Event Status** | | **FCO (Cumulative Fee at PO)** | 0 |
| **Judicial** | | **Lien Position** | 1st |
| **FCTR Date** | | **Insured By** | UC |

| | |
|---|---|
| FCTR Alias | 45PD,60DY,90R,ACB,cfpb,COCR,DENL,ECUR,ETI,HDQ2, |
| | HI2,HN,HN2,LAU,LHN,PO,PRA,RMIC,SPOC,ZHSB |
| FCTR Code | |
| FC Initiation Date | |
| FBCO                         0.00 | |
| Event Date | |
| Document Type | |
| Report Status Code | |
| User Hold Code | PI |
| Occupancy Type | A |
| Principal and Interest Amount | 124.91 |
| UCCC | 0 |
| Sale Amount Due | 2410.68 |
| Property Sale Date | |
| Other Advance | 25.12 |
| Escrow Bal | 779.87 |
| Hazard Suspense | 0 |
| Delinquent Interest Gross | |
| Calculated Amount | |
| UPI | 124.91 |
| FB/IB | NO |
| FCO Limit Configured | |
| County Details | Cook |
| Pool Code | 1 |
| State Condition Code | BK,07,FPF,LS,DMD,MFR,np |
| Unpaid Principal Amount | |
| Interest Amount | |

### Invoice Details

| Expense Code | Category Code | Description | Service Date | Total |
|---|---|---|---|---|
| FB42 | FB4202 | Motion For Relief-(Recoverable from Borrower) | 06/10/2016 | $750.00 |
| FB43 | FB4301 | Motion for Relief-(Recoverable from Borrower) | 06/10/2016 | $176.00 |

### Notes

Category Code: FB4202 – Motion for Relief. Please reference Ocwen BK Milestones Document.
Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance. Please enter comment approval code of MFRF in Real Resolution. Fees authorized per Ocwen's BK milestone.

Category Code FB4301 - Motion For Relief. Please reference Motion for Relief Document.

### Summary

| | |
|---|---|
| Subtotal | $926.00 |
| Total | $926.00 |
| Transaction Fee | $0.00 |
| Technology Fee | $0.00 |
| Net Total | $926.00 |