UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Lil Jennings<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-10415<br><br>Chapter: 13<br><br>Honorable Jack B. Schmetterer |

**Order Modifying Confirmed Plan**

This cause coming to be heard on the Debtors' Motion to Modify the Confirmed Plan, the court being advised in the premises;

IT IS HEREBY ORDERED that D1 of the confirmed plan of December 7, 2016 be amended to increase the plan payment from $532.00 to $598.00 and that the default of $1,564.00 is deferred to the end of the Debtor's plan.

IT IS FURTHER ORDERED that this increase in payment shall not increase the plan base.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: APR 2 4 2019

**Prepared by:**
/s/ Glenda J Gray

Rev: 20170105_bko